UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                                    **CONSENT TO PROCEED BY VIDEO OR
                                                              TELE CONFERENCE**

                    -against-
                                                                **-CR-     (  ) (  )**


                                          Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to
participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


__/s/ Oscar Palmer_____          __/s/ David B. Anders_____
Defendant's Signature                      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____          _____
Print Defendant's Name                     Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.


_____
Date
                                          _____
                                          JAMES L. COTT
                                          United States Magistrate Judge