UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OSCAR PALMER,
    a/k/a "Tito,"

                Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The following schedule will apply to Defendant's motion to dismiss:

1. Defendant's motion is due on **February 19, 2021**;

2. The Government's opposition is due on **March 12, 2021**; and

3. Defendant's reply, if any, is due on **March 19, 2021**.

Dated: New York, New York
       January 28, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge