UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OSCAR PALMER,

            Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will hear oral argument on Defendant's motion to dismiss on **May 12, 2021 at 9:30 a.m.** The hearing will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        April 19, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge