UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OSCAR PALMER,

                Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's hearing, the Government's supplemental submission is due **May 26, 2021**. Defendant's response is due **June 2, 2021**.

Dated: New York, New York
       May 12, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge