UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OSCAR PALMER,

Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Subject to this District's COVID-19 protocols, trial will begin on **Monday, February 28, 2022** at 9:30 a.m. The courtroom will be announced in a subsequent order.

Pretrial submissions – motions in limine, proposed voir dire, and requests to charge – are due on **January 28, 2022**. Responsive submissions are due on February 4, 2022.

A pre-trial conference will be held on **February 22, 2022 at 10:00 a.m.** in Courtroom 705 of the United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
September 15, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge