UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OSCAR PALMER,

                Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Trial in this action, previously preliminarily scheduled for February 28, 2022, will instead commence on **Wednesday, March 9, 2022** at 9:30 a.m.  The courtroom will be announced in a subsequent order.

      Pretrial submissions – motions in limine, proposed voir dire, and requests to charge – remain due on **January 28, 2022**.  Responsive submissions are due on February 4, 2022.

      The pre-trial conference, previously scheduled for February 22, 2022 at 10:00 a.m., will be held on **February 24, 2022 at 11:00 a.m.,** in Courtroom 705 of the United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
          December 14, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge