UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OSCAR PALMER,

Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a change of plea conference on **Monday, January 31, 2022** at 2:15 p.m. in Courtroom 705 of the United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 18, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge