UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OSCAR PALMER,

Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for February 24, 2022 at 11:00 a.m. is adjourned sine die.

Dated: New York, New York
February 17, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge