UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OSCAR PALMER and DERY CABAN,

Defendants.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Oscar Palmer's sentencing, currently scheduled for May 3, 2022, is adjourned to **May 11, 2022 at 11:00 a.m.**

Defendant Dery Caban's sentencing, currently scheduled for May 5, 2022, is adjourned to **May 16, 2022 at 2:00 p.m.**

Dated: New York, New York
April 21, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge