UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OSCAR PALMER,

Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A _Fatico_ hearing in this matter is scheduled for July 5, 2022 through July 7, 2022. The Court will sit 9:30 a.m. to 5:00 p.m. each day until the hearing concludes. The hearing will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 11, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge