UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>OSCAR PALMER,<br><br>                        Defendant. | **ORDER**<br><br>14 Cr. 652 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The Fatico hearing in this matter, currently scheduled to begin on July 5, 2022, will instead begin on June 28, 2022 and will continue, as needed, until June 30, 2022.

Dated:  New York, New York
       May 13, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge