UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OSCAR PALMER,<br><br>   *Defendant.* | **14 Cr. 652 (PGG)** |

Upon the application of the United States of America, with the consent of the undersigned counsel, the Court hereby orders as follows:

1. In connection with the *Fatico* hearing in this case, the Government will disclose to the defendant certain materials pursuant to 18 U.S.C. §3500 and the Government's general obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "Disclosure Material."

2. Disclosure Material shall not be disclosed by the defendant, defense counsel, or personnel for whose conduct defense counsel is responsible, *i.e.*, personnel employed by or retained by counsel (collectively, "the Defense"), other than as set forth herein, and shall be used by the Defense solely for purposes of defending this action. The Defense shall not post any Disclosure Material on any Internet site or network site to which persons other than the parties hereto have access and shall not disclose any Disclosure Material to the media or any third party.

3. Disclosure Material must be kept in the possession of defense counsel or personnel for whose conduct defense counsel is responsible, *i.e.*, personnel employed by or retained by counsel, at all times. While Disclosure Material may be shown to the defendant in the presence of counsel or personnel employed by or retained by counsel, no copies of Disclosure Material may be retained by the defendant.

4. The Government may authorize, in writing, disclosure of Disclosure Material beyond that otherwise permitted by this Order without further Order of this Court.

5. This Order does not prevent the disclosure of any Disclosure Material in any hearing in this action, or to any judge or magistrate judge, for purposes of this action. However, the Defense shall confer with the Government prior to publicly filing any Disclosure Material so that the parties may discuss whether any or all of that Material should be filed under seal. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1.

6. Except for Disclosure Material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all Disclosure Material, within 30 days of the expiration of the period for direct appeal from any conviction in the above-captioned case.

7. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

SO ORDERED:

Dated: New York, New York

      June 3, 2022

_____
THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: /s/                                             Date:  June 2, 2022
 David Robles
 Assistant United States Attorney

 Date:  June 2, 2022
David Anders, Esq.
Counsel for Oscar Palmer