UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OSCAR PALMER,

                Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated on the record on June 29, 2022, Defendant Oscar Palmer will file his post-hearing submission by **July 13, 2022**. The Government will file its response by **July 27, 2022**.

Dated: New York, New York
       June 30, 2022

                                                SO ORDERED.

                                                Paul G. Gardephe
                                                United States District Judge