UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>OSCAR PALMER,<br><br>                    Defendant. | **ORDER**<br><br>14 Cr. 652 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a conference in this matter on **Tuesday, September 13, 2022 at 2:00 p.m.**  The sentencing of the Defendant will take place on **Tuesday, September 20, 2022 at 2:00 p.m.**

Dated: New York, New York
       August 18, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge