UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OSCAR PALMER,

Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference in this matter, currently scheduled for September 15, 2022, will instead take place on **Monday, September 19, 2022 at 3:30 p.m.**

Dated: New York, New York
       September 14, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge