UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OSCAR PALMER,

               Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Palmer has filed a motion requesting that this Court consider a sentence reduction, pursuant to Amendment 821 to the Sentencing Guidelines. (Dkt. No. 344) The United States Probation Department has issued a report indicating that Defendant is not eligible for a sentence reduction. (Dkt. No. 345)

        The Government is directed to respond by **May 20, 2024**.

Dated: New York, New York
       May 6, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge